**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JUNE TAYLOR,

|  |  |  |
|---|---|---|
|  | Plaintiff, | **23-cv-3252-GHW-VF** |
|  | -against- | **ORDER SCHEDULING** |
|  |  | **SETTLEMENT CONFERENCE** |
| COSTCO INC., |  |  |
|  | Defendant. |  |

-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is rescheduled from **Monday, October 21, 2024 at 11:00 a.m.** to **Tuesday, September 17, 2024 at 2:30 p.m.** The conference will take place in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Tuesday, September 10, 2024.**

   **SO ORDERED.**

DATED:    New York, New York
          July 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge