UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUNE TAYLOR,

                           Plaintiff,                   **23-cv-3252-GHW-VF**

        -against-                                  **ORDER**

COSTCO INC.,

                         Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference currently scheduled for **Tuesday, September 17, 2024** is hereby CANCELED in light of the parties' resolution of the matter (ECF No. 37).

      **SO ORDERED.**

DATED:    New York, New York
               August 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge